## Bryan Chad MCGILTON, Plaintiff—Appellant,

v.

## U.S. XPRESS ENTERPRISES, INCORPORATED, a foreign corporation; Liberty Mutual Insurance Company, a foreign corporation, Defendants—Appellees.

### No. 04–1415.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 20, 2004.

Decided Oct. 29, 2004.

Andrew M. Price, Smith, Price, Pangburn, Wheeling, West Virginia, for Appellant. Avrum Levicoff, Ryan J. King, Brown & Levicoff, Pittsburgh, Pennsylvania; Charles S. Cassis, Julie C. Foster, Frost, Brown, Todd, L.L.C., Louisville, Kentucky, for Appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Bryan Chad McGilton appeals the district court's order granting summary judgment for Appellees in McGilton's tort action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McGilton v. U.S. Xpress Enterprises, Inc.,* No. CA–02–117–5 (N.D.W.Va. Feb. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*